TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NO. 00-6064-CR-ROETTGER

18 USC 2113(a)
18 USC 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
vs. )
)
IAN STEWART SANDERSON )
)
_____Defendant._____ )

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 13, 1999, at Deerfield Beach, Broward County, in the Southern District of Florida, the defendant,

IAN STEWART SANDERSON,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Union Bank, one thousand, one hundred and thirty-eight dollars ($1,138) in United States currency, belonging to and in the care, custody, control, management, and possession of Union Bank, Deerfield Beach, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.



## COUNT 2

On or about January 11, 2000, at Aventura, Dade County, in the Southern District of Florida, the defendant,

IAN STEWART SANDERSON,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Hemisphere National Bank, five thousand, six hundred and thirty dollars ($5,630) in United States currency, belonging to and in the care, custody, control, management, and possession of Hemisphere National Bank, Aventura, Dade County, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 3

On or about January 20, 2000, at Tamarac, Broward County, in the Southern District of Florida, the defendant,

IAN STEWART SANDERSON,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Sunniland Bank, approximately two thousand, nine hundred eighty-four dollars ($2,984) in United States currency, belonging to and in the care, custody, control, management, and possession of Sunniland Bank, Tamarac, Florida, a bank whose deposits were then insured by the

Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. _____

v.

Ian Stewart Sanderson           **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)       New Defendant(s)       Yes ___   No ___
                                       Number of New Defendants ___
___ Miami  ___ Key West                Total number of counts ___
X   FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect _____

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       X        Petty       ___
   II   6 to 10 days      ___      Minor       ___
   III  11 to 20 days     ___      Misdem.     ___
   IV   21 to 60 days     ___      Felony      ___
   V    61 days and over  ___

6. Has this case been previously filed in this District Court?  (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   February 15, 2000
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                   _____
                                   THOMAS P. LANIGAN
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court No. A550033

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __Ian Stewart Sanderson__   Case No.: _____

Count #: **1**

**Bank Robbery**

*Max. Penalty: **20 Years' imprisonment, and $250,000 fine.**
================================================================
Count #: **2**

**Bank Robbery**

*Max. Penalty: **20 Years' imprisonment, and $250,000 fine.**
================================================================
Count #: **3**

**Bank Robbery**

*Max. Penalty: **20 years' imprisonment, and $250,000 fine.**
================================================================
Count #:



*Max. Penalty:
================================================================
Count #:



*Max. Penalty:
================================================================
   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.
================================================================