AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LANIGAN

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

IAN STEWARD SANDERSON

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**
CASE NUMBER: 00-6064
CR-ROETTGER
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest  IAN STEWARD SANDERSON
                                                                                                  Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   Bank Robbery

in violation of Title  18  United States Code, Section  2113(a)

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at $ _Pretrial Detention_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL — March 14, 2000
Date and Location

by  UNITED STATES MAGISTRATE JUDGE
    BARRY S. SELTZER
    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |