UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6064-CR-ROETTGER

D.O.C. PRISONER BOOKING NUMBER DN005158

UNITED STATES OF AMERICA

    Plaintiff,

IAN STEWART SANDERSON

    Defendant.
_____/



FILED by ____ D.C.

MAR 23 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An Indictment is pending in the Court against IAN STEWART SANDERSON above styled case, and it is set for an Initial appearance on March 30, 2000, at the United States Federal Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida.

2. IAN STEWART SANDERSON D.O.C. Prisoner Number DN005158, is now confined in Broward County Jail, Fort Lauderdale, Florida.

3. It is necessary to have said defendant before this Court for the Initial Appearance as aforesaid.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said IAN STEWART SANDERSON and



have subject before the Court at the time and place above specified, then and there to arraign as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said IAN STEWART SANDERSON into the custody of any United States Marshal for the aforesaid purpose.

THOMAS E. SCOTT<br>
UNITED STATES ATTORNEY

By: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. ATTORNEY (Lanigan)