UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6064-CR-ROETTGER

D.O.C. PRISONER BOOKING NUMBER DN005158

UNITED STATES OF AMERICA

    Plaintiff,

IAN STEWART SANDERSON

    Defendant.

_____/



FILED by _____ D.C.
MAR 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and AL SOLOMON,
WARDEN, of the Jackson CI, Malone, Florida

    1.    It appearing from the petition of the United States of American that IAN STEWART SANDERSON, Prisoner Number DN005158, a defendant in the above entitled case, is confined in the Jackson CI, and that said case is set for an Initial Appearance at the United States Federal Courthouse, 299 E. Broward Blvd., Ft. Lauderdale, Florida on March 30, 2000, and that it is necessary for the said defendant to be before this Court for the said proceeding;

    **NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said IAN STEWART SANDERSON, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 E. Broward Blvd., Fort Lauderdale, Florida by or before 9:30 a.m., on March 30, 2000, for Initial Appearance on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged



or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Broward County Jail at Fort Lauderdale, Florida to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said IAN STEWART SANDERSON for safe and secure conduct to this district for this writ, the body of the said IAN STEWART SANDERSON for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 23rd day of March, 2000.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW

cc: U.S. Attorney (Lanigan)
U.S. Marshal (4 certified copies)
Chief Probation Officer