UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 5167-004

UNITED STATES OF AMERICA )
        Plaintiff )   Case Number: CR 00-6064-CR-NCR
         )   REPORT COMMENCING CRIMINAL
-vs- )   ACTION
         )
IAN SANDERSON )
        Defendant

********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court           (circle one)

FILED by __ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-30-00 _____ am/pm

(2) Language Spoken: _____

(3) Offense(s) Charged: BANK ROBBERY

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 2-28-67

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-30-00  (9) Arresting Officer: _____

(10) Agency: USM           (11) Phone: _____

(12) Comments:

