COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: IAN STEWART SANDERSON (J)         CASE NO: 00-6064-CR-ROETTGER
AUSA: TOM LANIGAN /Bradford/            ATTY: _Bembe_
AGENT: _____                         VIOL: _____
PROCEEDING I/A ON INDICTMENT            RECOMMENDED BOND _____
BOND HEARING HELD - yes/no              COUNSEL APPOINTED _____
        BOND SET @ _____
        SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

_Advised of Charges - inquiry for Counsel_

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         (PTD)/BOND HRG:   4-3    //   Snow
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:      4-14   //   855

Date: 3/30/00   Time 11:00   FTL/LSS TAPE #00- 018   Begin: 238   End: 413

8/JM