AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LANIGAN                    459677

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

IAN STEWARD SANDERSON

**WARRANT FOR ARREST**
CASE NUMBER: 00-6064

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __IAN STEWARD SANDERSON__
                                                                Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)  **Bank Robbery**

in violation of Title __18__ United States Code, Section __2113(a)__

CLARENCE MADDOX
Name of Issuing Officer

_[signature: Jimmy Butler]_
Signature of Issuing Officer

Bail fixed at $ __Pretrial Detention__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

__FORT LAUDERDALE, FL__     March 14, 2000
Date and Location

by UNITED STATES MAGISTRATE JUDGE
__BARRY S. SELTZER__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at WHCAP from BSO |

| DATE RECEIVED<br>3/14/200 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>3/30/2000 | FOR:  FBI | Fred Depompa, SDUSM |