UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-CR-ROETTGER

UNITED STATES OF AMERICA

vs

IAN STEWART SANDERSON

ARRAIGNMENT INFORMATION SHEET

[FILED stamp: MAR 30 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone: _____

DEFENSE COUNSEL:     Name: ____FEDERAL PUBLIC DEFENDER_____

                     Address: _____

                     _____

                     Telephone: _____

BOND SET/CONTINUED:  $_____

Bond hearing held:  yes_____   no__X__   PTD hearing set for__4-3-00_____

Dated this__30TH__ day of __MARCH_____, 2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: _Jenny Butler_____
                                  Deputy Clerk

                              Tape No. ___00-017_____

cc: Copy for Judge
    U. S. Attorney