## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: IAN STEWART SANDERSON (J)    CASE NO: 00-6064-CR-ROETTGER

AUSA: TOM LANIGAN /Jeff Kay/        ATTY: FPD - _Benell_

AGENT: _____              VIOL: _____

PROCEEDING PTD HEARING              RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no  Stip    COUNSEL APPOINTED _____

    BOND SET @  250,000 CSB w/ Nebbia

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*Gov't reserves the right to request PTD should deft seek to post or reduce the bond.*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:

Date: 4/3/00   Time 11:00   FTL/LSS TAPE #00- 619   Begin: 228   End: 270

[FILED APR - 3 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]