UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

IAN STEWART SANDERSON,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 14, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try. Finally, the Government stated that a plea disposition is not likely.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this ____ day of April 2000.

                                              BARRY S. SELTZER
                                              United States Magistrate Judge

1

Copies to:

Honorable Norman C. Roettger
United States District Judge

Thomas Lanigan, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant