UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-Cr-ROETTGER

UNITED STATES OF AMERICA          :

v.                                :

IAN STEWART SANDERSON             :
#DN005158

FILED by _____ D.C.

AUG 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1.    A Sentencing is pending in this Court against IAN STEWART SANDERSON, in the above styled case, and it is set for Sentencing as to said defendant on August 29, 2000, at 9:30 a.m.

2.    The defendant is now confined in the Broward County Jail at Fort Lauderdale, Florida.

3.    It is necessary to have said defendant before this Court for Sentencing as aforesaid.

WHEREFORE, this petition prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for the court appearance; and upon completion of all proceedings to return the said defendant to the custody of the Warden of the aforesaid institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (LANIGAN)

