UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-Cr-ROETTGER

UNITED STATES OF AMERICA,

v.

IAN STEWART SANDERSON



FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL, and AL SOLOMON,
     WARDEN of the Jackson CI, Malone, Florida

It appearing from the petition of the United States of America that the defendant in the above case, IAN STEWART SANDERSON, is confined in the Broward County Jail (Prisoner No. DN005158 ) and that this case is set for Sentencing as to said defendant at Ft. Lauderdale, Florida on August 29, 2000, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said IAN STEWART SANDERSON, now detained in custody as aforesaid, under safe and secure conduct, before this Court at Ft. Lauderdale, Florida by or before 9:30 a.m., on August 29, 2000, for Sentencing on the criminal charges pending against subject in this cause, and upon completion of all proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid institution.

And this is to command you, the Warden of the Broward County Jail at Fort Lauderdale, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at Fort Lauderdale, Florida, this  25  day of August, 2000.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:  Thomas P. Lanigan, AUSA
     U.S. Marshals (4 certified copies)
     Chief Probation Officer