FILED by _____ C.
OCT 2 0 2000
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06064-CR-ROETTGER

UNITED STATES OF AMERICA

v

IAN STEWART SANDERSON

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for THURSDAY NOVEMBER 16, 2000 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

SENTENCING

CLARENCE MADDOX, CLERK

DATED: 10/20/00

BY: _P. Hart_

Deputy Clerk