UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6068-CR-ROETTGER

MAGISTRATE JUDGE SNOW



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

AYLAIR BEVERLY SPENCE,    :

    Defendant.    :
_____/

## UNOPPOSED MOTION TO SUBSTITUTE BOND COLLATERAL

Aylair Beverly Spence ("Spence"), by counsel, hereby files this Unopposed Motion to Substitute Bond Collateral for the following reasons:

1. On March 10, 2000, Spence was charged with a narcotics offense. Bond was set by United States Magistrate Judge Snow at $50,000 Corporate Surety, with a Nebbia, and a $100,000 Personal Surety.

2. The Corporate Surety was satisfied by the property of Darian Bryant, 11437 S.W. 150th Drive, Miami, Florida 33176.

3. On August 25, 2000, Spence was sentenced by Senior United States District Judge Roettger to Twenty-Four (24) Months. However, Spence's sentence is to begin at the conclusion

of her husband's sentence (45 Months) so that their children could have one parent home while the other parent is incarcerated.

4.   The Corporate Surety (Athens Bail Bonds, Inc.), Spence, and Darian Bryant would like to substitute the Spence home for the Bryant's home for the purposes of this bond. The equity in the Spence home is over $75,000, clearly enough to cover the bond.

5.   Assistant United States Attorney Jacqueline Arango is aware of this Motion and has no objection to the Court granting the requested relief.

WHEREFORE, Aylair Beverly Spence hereby requests that her home located at 583 S.W. 179th Avenue, Pembroke Pines, Florida 33029, be substituted as the bond collateral for her case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this __16__ day of November, 2000 to Jacqueline Arango, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Spence\Bond.1.wpd