NOV 1 2000

CLERK...
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-CR-ROETTGER

UNITED STATES OF AMERICA

    Plaintiff,

v.

IAN STEWART SANDERSON,

    Defendant.

_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL, and
      WARDEN, of the Federal Prison Camp

1.    It appearing from the petition of the United States of America that IAN STEWART SANDERSON, Bureau of Prisons Number 55167-004, a defendant in the above entitled case, is confined in the Broward County Jail, Ft. Lauderdale, Florida, and that said case is set for a Sentencing Hearing at the United States Federal Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, Florida on November 20, 2000, and that it is necessary for the said defendant to be before this Court for the said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said IAN STEWART SANDERSON, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 E. Broward Boulevard, Ft. Lauderdale, Florida by or before ~~10:00 a.m.~~ 2:30 p.m., on November 20, 2000, for a Sentencing Hearing on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until



discharged or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Browrd County Jail, Ft. Lauderdale, Flroida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said IAN STEWART SANDERSON for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, FL, this ⁄7 day of ____Nov____, 2000.

NORMAN C. ROETTGER
SENIOR UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney (Lanigan)
U.S. Marshal (3 certified copies)
Chief Probation Officer