HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6064  Date: 20 Nov 00
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): USA  Counsel: Hanizan

Defendant(s): Sanderson  Counsel: B. Berube

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine. 110 mos. Cts 1, 2 + 3 to run concur., Rest. $9,752.00 payable immed., Assessed $300.00. 3 yrs S.R. Part ment/substance abuse program. Full-time employment

Misc.: w/ proof of employment. 500 hour BOP Drug Treatment prog. Concur w/ State case.