UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-CR-HURLEY

UNITED STATES OF AMERICA    :

v.                          :

JOSE PEREZ                  :
#DC508435

---

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. An indictment is pending in this Court against JOSE PEREZ, in the above styled case, and it is set for Initial Appearance as to said defendant on May 4, 2001, at 9:30 a.m.

2. The defendant is now confined in the Central Florida Reception Center at Orlando, Florida.

3. It is necessary to have said defendant before this Court for Initial Appearance as aforesaid.

WHEREFORE, this petition prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for the court appearance; and upon completion of all proceedings to return the said defendant to the custody of the Warden of the aforesaid institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (LANIGAN)

