```
                                                                        1

 1
 2
 3              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 4

 5   UNITED STATES OF AMERICA,  )
                                )
 6              Plaintiff,      )
                                )
 7   vs.                        )
                                )
 8   IAN STEWART SANDERSON,     )     CASE NUMBER:
                                )     00-6064-CR-NC
 9                              )
                Defendant.      )
10                              )

11

12        Transcript of change of plea proceedings before the

13   Honorable Norman C. Roettger, United States District Judge, at

14   Fort Lauderdale, Florida, on the 31st day of May, 2000.

15

16
     APPEARANCES OF COUNSEL:
17
       For the United States:       THOMAS P. LANIGAN, AUSA
18                                  Fort Lauderdale, Florida

19     For the Defendant:           ROBERT BERUBE, AFPD
                                    Fort Lauderdale, Florida
20

21     Court Reporter:              Jerald J. Reeves, RPR

22     Proceedings recorded by mechanical stenography.

23     Transcription produced by computer.

24

25


              OFFICIAL REPORTER UNITED STATES DISTRICT COURT
```

FILED BY ___ D.C.
2002 MAY 30 PM 3:25
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FTL

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**