IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,             )
                              )
vs.                            )
                              )
IAN STEWART SANDERSON,         )    CASE NUMBER:
                              )    00-6064-CR-NCR
        Defendant.             )
                              )

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 20th day of November, 2000.

APPEARANCES OF COUNSEL:

  For the United States:      THOMAS P. LANIGAN, AUSA
                              Fort Lauderdale, Florida

  For the Defendant:          ROBERT BERUBE, AFPD
                              Fort Lauderdale, Florida

  Court Reporter:             Jerald J. Reeves, RPR

  Proceedings recorded by mechanical stenography.
  Transcription produced by computer.

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**