IAN STEWART ANDERSON,         UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF FLORIDA

       Movant,                 Case No.: 01-7744-CIV-ROETTGER
v.                                       00-6064-CR-ROETTGER

                                <u>ORDER ON REPORT AND</u>
                                <u>RECOMMENDATION OF UNITED</u>
UNITED STATES OF AMERICA,    <u>STATES MAGISTRATE</u>

       Respondent.
_____/

       **THIS CAUSE** is before the Court upon the Report and Recommendation prepared by United States Magistrate Judge Charlene S. Sorrentino who recommends denying the instant 28 U.S.C. § 2255 motion filed <u>pro se</u>. Upon consideration of the Report and the entire record herein, it is

       **ORDERED AND ADJUDGED** that the Court adopts the Report and Recommendation prepared by Magistrate Judge Sorrentino. Movant's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DENIED**.

       **IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of the Court is directed to close the civil case file accordingly and all pending motions are **DENIED AS MOOT**.

       **DONE AND ORDERED** this 30 day of Dec, 2002.

                               _____
                               NORMAN C. ROETTGER
                               UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Sorrentino
     Ian Stewart Anderson
     counsel of record

